**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2159**

---

ISELA RAMOS-LOPEZ,

        Petitioner,

    v.

PAMELA JO BONDI, Attorney General,

        Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.

---

Submitted:  December 16, 2025              Decided:  January 9, 2026

---

Before RICHARDSON and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

**ON BRIEF:** Mark J. Devine, Charleston, South Carolina, for Petitioner. Brett A. Shumate, Acting Assistant Attorney General, Elianis N. Perez, Assistant Director, Matthew P. Seamon, Senior Litigation Counsel, Julian M. Kurz, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isela Ramos-Lopez, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing Ramos-Lopez's appeal from the Immigration Judge's denial of her application for protection under the Convention Against Torture. We have thoroughly reviewed the record and Ramos-Lopez's claims and conclude that substantial evidence supports the denial of relief. *Cabrera Vasquez v. Barr*, 919 F.3d 218, 222 (4th Cir. 2019) (stating standard of review). Accordingly, we deny the petition for review. *In re Ramos-Lopez* (B.I.A. Oct. 22, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
